```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 03939
    IDA M CAIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-6135


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/21/2008 and was confirmed 05/15/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED          1162.08            .00            .00
DEPT OF TREASURY           UNSECURED        NOT FILED            .00            .00
US DEPT OF HOUSING         UNSECURED        NOT FILED            .00            .00
FAST CASH ADVANCE          UNSECURED          1556.69            .00            .00
DIRECTV                    UNSECURED        NOT FILED            .00            .00
NICOR GAS                  UNSECURED          3248.80            .00            .00
AAA CHECKMATE LLC          UNSECURED           598.41            .00            .00
JP MORGAN CHASE BANK NA    SECURED VEHIC    17550.00         627.35        2857.28
JP MORGAN CHASE BANK NA    UNSECURED          1092.70            .00            .00
AMERICASH LOANS            UNSECURED           514.10            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
US DEPT OF HOUSING         SECURED NOT I    15976.06            .00            .00
BARBARA CASTON             NOTICE ONLY      NOT FILED            .00            .00
ASPIRE                     UNSECURED        NOT FILED            .00            .00
CHECK INTO CASH            UNSECURED        NOT FILED            .00            .00
DEVON FINANCIAL SERV       UNSECURED           261.76            .00            .00
PREMIER BANKCARD           UNSECURED           262.80            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           924.64            .00            .00
NCO FINANCIAL GROUP        UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           486.77            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         26034.99            .00            .00
HSBC BANK NEVADA NA        UNSECURED           436.33            .00            .00
HSBC BANK NEVADA NA        UNSECURED           439.58            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY             81.98            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED            10.56            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           700.00            .00            .00
JENNIFER A BLANC DOUGE     ATTORNEY          2500.00            .00         340.28
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                         326.09
DEBTOR REFUND              REFUND                                              .00

    Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 03939 IDA M CAIN
```

```
------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     4,151.00

PRIORITY                                               .00
SECURED                                           2,857.28
    INTEREST                                        627.35
UNSECURED                                              .00
ADMINISTRATIVE                                      340.28
TRUSTEE COMPENSATION                                326.09
DEBTOR REFUND                                          .00
                         ---------------    ---------------
TOTALS                      4,151.00           4,151.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/11/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE